

Cuong T. Bui (CSB#191138)
Immigration Law Group LLP
3590 North First Street, Suite 310
San Jose, CA 95134
Telephone: (408) 432-9200
Facsimile: (408) 432-9191
Email: curt@immigrationlawgroup.net

Attorney for Plaintiffs

E-FILING



JUL 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

RAJNEESH CHOPRA and RADHIKA
RAYADU VOORUVAKILI,

           Plaintiffs,

    v.

**ALBERTO GONZALES**, Attorney General
of the United States;
**MICHAEL CHERTOFF**, Secretary of the
U.S. Department of Homeland Security;
**EMILIO T. GONZALES**, Director of U.S.
Citizenship and Immigration Services;
**ROSEMARY MELVILLE**, San Francisco
District Director;
**ROBERT S. MUELLER, III**, Director of the
Federal Bureau of Investigation,

           Defendants.

Case No.

**C07 03649**

**PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY
JUDGMENT UNDER 28 U.S.C. §§ 1361
and 1331, 5 U.S.C. §§551 *et seq.* and 701 *et
seq.***

**Immigration Case**

RS

Case No.
Plaintiffs' Complaint for a Writ of Mandamus - 1

Plaintiffs, Rajneesh Chopra and Radhika Rayadu Vooruvakili, by and through their attorney of record, as and for their complaint, allege as follows:

1.    This action is brought against the Defendants to compel action on the clearly delayed processing of an Application to Register Permanent Resident or Adjust Status (Form I-485), properly filed by the Plaintiffs.    Plaintiffs' applications remain within the jurisdiction of the Defendants, who have improperly delayed processing said applications to Plaintiffs' detriment.

**PARTIES**

2.    Plaintiffs Rajneesh Chopra and Radhika Rayadu Vooruvakili, husband and wife, reside at 1337 Los Arboles Avenue, Sunnyvale, CA 94087.  Mr. Chopra filed his Application to Register Permanent Resident or Adjust Status (Form I-485) with the United States Citizenship and Immigration Services ("USCIS") on December 23, 2004 seeking to become a lawful permanent resident of the United States pursuant to Section 245 of the Immigration and Naturalization Act ("INA").  Ms. Vooruvakili also filed her Application to Register Permanent Resident or Adjust Status (Form I-485) with the United States Citizenship and Immigration Services ("USCIS") on December 23, 2004 seeking to become a lawful permanent resident as a derivative spouse, accompanying alien, once Mr. Chopra's application is completed.

3.    Defendant Alberto Gonzales is the Attorney General of the United States, and he is sued here in his official capacity.  The Attorney General is the head of the United States Department of Justice and the chief law enforcement officer of the federal government.  He has the authority to adjust to permanent residence status certain aliens who have been admitted to the United States, and is further authorized to delegate such powers and authority to other government officials.  The Attorney General is also ultimately responsible for the Federal Bureau of Investigation, a subdivision of the Justice Department.  8 U.S.C. § 1255(a).

4.    . Defendant Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS"), and he is sued here in his official capacity. The Secretary is generally charged with implementing and enforcing Immigration and Nationality Act ("INA"), and is further authorized to delegate such powers and authority to subordinate employees of the DHS.  8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

5.      Defendant Emilio T. Gonzales is the Director of the USCIS, and he is sued here in his official capacity. USCIS is an agency within the DHS to whom the Secretary's authority has, in part, been delegated. The Director is generally charged with the overall administration of immigration benefits and services. 8 C.F.R. § 100.2(a).

6.      Defendant Rosemary Melville is the District Director of the USCIS San Francisco District Office, and she is sued here in her official capacity. In her capacity as District Director, Ms. Melville is generally charged with supervisory authority over all operations of USCIS within her District, including the San Jose Sub-Office. 8 C.F.R. § 100.2(d)(2)(ii).

7.      Defendant Robert S. Mueller, III is the Director of the Federal Bureau of Investigation ("FBI"). The FBI is the agency within the United States Department of Justice whose mission is to enforce criminal laws and defend the United States against terrorist and foreign intelligence threats. Upon request of USCIS, the FBI performs "name checks" and other background checks of all applicants for permanent residence status, or Form I-485.

## JURISDICTION

8.      Jurisdiction in this case is proper under 28 U.S.C. § 1331, as a civil action arising under the Constitution, laws, or treaties of the United States; 28 U.S.C. § 1361, as a civil action in the nature of mandamus to compel an officer or employee of the United States to perform a duty owed to Plaintiffs; 5 U.S.C. § 551 *et seq.* and §701 *et seq.*, as a challenge to agency action under the Administrative Procedure Act ("APA"); and 28 U.S.C. § 2201 *et seq.*, as a civil action seeking, in addition to other remedies, a declaratory judgment. Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

## VENUE

9.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

//

//

//

## INTRADISTRICT ASSIGNMENT

10.     This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

## EXHAUSTION OF REMEDIES

11.     Plaintiffs have exhausted their administrative remedies.  Plaintiffs have supplied USCIS and the FBI with documents that clearly established their eligibility to register as a permanent resident.

## CAUSE OF ACTION

12.     Plaintiffs properly filed their Application to Register Permanent Residence or Adjust Status (Form I-485), based on an approved Immigrant Petition for Alien Worker (Form I-140), pursuant to Section 245 of the INA.

13.     Plaintiffs' applications, the filing fee, along with all supporting documentation, were filed with USCIS, California Service Center, on December 23, 2004 **(EXHIBIT 1)**.

14.     On February 2, 2005, Plaintiffs appeared at the USCIS Application Support Center ("ASC") in San Jose, CA to submit their fingerprints **(EXHIBIT 2)**.

15.     On July 12, 2005, Plaintiffs appeared at the USCIS San Jose Sub-Office for an adjustment of status interview.  Plaintiffs were advised at the conclusion of their interview that their applications could not be approved because their FBI name checks were still pending **(EXHIBIT 3)**.

16.     On May 4, 2006, Plaintiffs appeared in person at USCIS San Jose Sub-Office to inquire about the status of their applications.  Plaintiffs were informed that their applications were pending due to FBI name check **(EXHIBIT 4)**.

17.     On August 7, 2006, Plaintiffs appeared in person at USCIS San Jose Sub-Office to inquire about the status of their applications.  Plaintiffs were informed that their applications were pending FBI name check.  **(EXHIBIT 5)**.

18.     On December 5, 2006, Plaintiffs' attorney appeared in person at USCIS San Jose Sub-Office to inquire about the status of Plaintiffs' applications.  Counsel was informed that Ms.

1  Vooruvakili's FBI name check had been completed. However, Mr. Chopra's FBI name check

2  has not been completed. Ms. Vooruvakili's application is dependent on Mr. Chopra's

3  application; therefore, her application remains unadjudicated. As a result, both applications

4  remain pending as of this date **(EXHIBIT 6)**.

5  19.    On April 17, 2007, Plaintiffs' attorney appeared in person at USCIS San Jose Sub-Office

6  to inquire about the status of Mr. Chopra's application. Counsel was informed that his case was

7  still pending FBI name check. Please see **(EXHIBIT 6)**.

8  20.    It has been more than 30 months since Plaintiffs first filed their applications for

9  adjustment of status (Form I-485) with USCIS on December 23, 2004. The Defendants have

10  failed to properly adjudicate Plaintiffs' applications. They have failed to adhere to their own

11  regulations and have improperly delayed the processing of the Plaintiffs' I-485 applications after

12  Plaintiffs have paid for, and submitted, properly executed applications.

13  21.    Although the role of the Defendants is pivotal to the security of the United States of

14  America, the Defendants' actions have gone well beyond the expected 12 months for the

15  adjudication of an application for adjustment of status (Form I-485). USCIS publishes monthly

16  processing dates at: https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=CSC.

17  California Service Center is currently processing adjustment of status applications (Form I-485)

18  filed on December 14, 2006 **(EXHIBIT 7)**. Defendants have failed to adhere to their own

19  processing time and procedures because Plaintiffs' applications were submitted in December

20  2004, *24 months earlier* than current processing published processing time.

21  22.    Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to

22  applicable requirements and complete the processing procedures.

23  23.    Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with

24  the law. Defendants have willfully, unreasonably, and inappropriately refused to adjudicate

25  Plaintiffs' applications, thereby depriving Plaintiffs' of the rights to which they are entitled.

26  24.    Plaintiffs have been greatly damaged by the failure of Defendants to act in accordance

27  with their duties under the law.

28

(a) Specifically, Plaintiffs have been unable to obtain legal permanent residence and thus cannot travel or work without restriction.

(b) Plaintiffs are unable to accrue time to be eligible for naturalization as a citizen of the United States, thus delaying their obtainment of the rights and privileges enjoyed by citizens of the United States.

25.    Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 551 *et seq.*, are unlawfully delaying action on Plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law within a reasonable time.

26.    Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding action on Plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case.

27.    Plaintiffs have provided sufficient evidence of their attempts to secure adjudication of the applications at issue, all to no avail. Their administrative remedies have been exhausted. Accordingly, Plaintiffs have been forced to retain the services of an attorney to pursue the instant action.

## **PRAYER**

28.    WHEREFORE, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due considerations, the Court enter an order:

(a) Requiring Defendants to expeditiously adjudicate Plaintiffs' application for action on an approved petition;

(b) Requiring Defendants to provide Plaintiffs with a Notice of Approval;

(c) Awarding reasonable attorney's fees under the Equal Access to Justice Act; and

(d) Granting such other relief at law and in equity as justice may require.

Dated: 07/13/2007

Respectfully Submitted,

Cuong T. Bui
Attorney for Plaintiffs

# EXHIBIT LIST

**EXHIBIT 1:**    Receipt Notice of I-485 filing dated December 23, 2004 and I-140

Approval Notice

**EXHIBIT 2:**    Fingerprints Notice dated January 18, 2005

**EXHIBIT 3:**    Adjustment of Status Interview Notice with USCIS San Jose Sub-Office

dated June 13, 2005

**EXHIBIT 4:**    Plaintiffs' e-mail correspondence dated May 4, 2006 regarding status

inquiry with USCIS San Jose Sub-Office

**EXHIBIT 5:**    Plaintiffs' e-mail correspondence dated August 7, 2006 regarding status

inquiry with USCIS San Jose Sub-Office

**EXHIBIT 6:**    Counsel's declaration regarding status inquiry with USCIS San Jose Sub-

Office on December 5, 2006 and April 17, 2007 on behalf of Plaintiffs.

**EXHIBIT 7:**    USCIS California Service Center Processing Time Report posted June 18,

2007

EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-063-50859 | | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE December 23, 2004 | PRIORITY DATE | APPLICANT   A98 445 039 CHOPRA, RAJNEESH |
| NOTICE DATE January 3, 2005 | PAGE 1 of 1 | |

ANN O. CHAU ATTY AT LAW
IMMIGRATION LAW GROUP LLP
RE: RAJNEESH CHOPRA
2880 ZANKER RD STE 201
SAN JOSE CA 95134

**Notice Type:**  Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct
beneficiary of immigrant
petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov.**
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT |
| --- | --- | --- |
| WAC-05-063-50882 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT  A98 445 040 |
| December 23, 2004 | | VOORUVAKILI, RADHIKA R. |
| NOTICE DATE | PAGE | |
| January 3, 2005 | 1 of 1 | |

ANN O. CHAU ATTY AT LAW
IMMIGRATION LAW GROUP LLP
RE: RADHIKA RAYADU VOORUVAKILI
2880 ZANKER RD STE 201
SAN JOSE CA 95134

Notice Type:  Receipt Notice

Amount received: $  385.00

Section: Derivative adjustment

Receipt notice. - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at **uscis.gov**.
  - On our website you can also sign up to get free e-mail updates as we complete key processing
    steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be
    working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you.
    If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current
    processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you
contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States. Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel**
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-063-51007 | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE<br>January 3, 2005 | PRIORITY DATE<br>March 22, 2002 | PETITIONER |
| NOTICE DATE<br>July 12, 2005 | PAGE<br>1 of 1 | BENEFICIARY  A98 445 039<br>CHOPRA, RAJNEESH |

| | |
|---|---|
| ANN O. CHAU ATTY AT LAW<br>IMMIGRATION LAW GROUP LLP<br>RE:<br>2880 ZANKER RD STE 201<br>SAN JOSE CA 95134 | Notice Type:  Approval Notice<br>Section: Mem of Profession w/Adv Deg or<br> of Exceptn'l Ability<br> Sec.203 (b) (2) |

The above petition has been approved.  The approved petition will be stored in this office.  If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application with appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



EXHIBIT 2

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** January 18, 2005 |
| **CASE TYPE** I485   Application To Register Permanent Residence Or Adjust Status | **INS A#** A 098 445 039 |

| **APPLICATION NUMBER** FPS*002833302 | **RECEIVED DATE** December 23, 2004 | **PRIORITY DATE** December 23, 2004 | **PAGE** 1 of 1 |
|---|---|---|---|

**APPLICANT NAME AND MAILING ADDRESS**

RAJNEESH CHOPRA
c/o ANN O CHAU ATTY AT LAW
IMMIGRATION LAW GROUP LLP
2880 ZANKER RD STE 201
RE: RAJNEESH CHOPRA
SAN JOSE CA  95134



To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS SAN JOSE 122 CHARCOT AVE. SAN JOSE CA 95131 | 02/02/2005 11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE and**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon      ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.     REPRESENTATIVE COPY

**APPLICATION NUMBER** FPS*002833302

### WARNING!

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

### THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE**<br>January 18, 2005 |
| **CASE TYPE**<br>I485    Application To Register Permanent Residence Or Adjust Status | **INS A#**<br>A 098 445 040 |

| **APPLICATION NUMBER**<br>FPS*002833304 | **RECEIVED DATE**<br>December 23, 2004 | **PRIORITY DATE**<br>December 23, 2004 | **PAGE**<br>1 of 1 |
|---|---|---|---|

**APPLICANT NAME AND MAILING ADDRESS**

RADHIKA RAYADU VOORUVAKILI
c/o ANN O CHAU ATTY AT LAW
IMMIGRATION LAW GROUP LLP
2880 ZANKER RD STE 201
RE: RADHIKA RAYADU VOORUVAKILI
SAN JOSE CA 95134



To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>INS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE CA 95131 | **DATE AND TIME OF APPOINTMENT**<br>02/02/2005<br>11:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.    REPRESENTATIVE COPY

**APPLICATION NUMBER**
FPS*002833304

### WARNING!

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

EXHIBIT 3

*U.S. CITIZENSHIP AND IMMIGRATION SERVICES*
*1887 MONTEREY ROAD*
*SAN JOSE, CALIFORNIA 95112*

*RAJNEESH CHOPRA*
*825 E. EVELYN AVENUE , APT. #511*
*SUNNYVALE, CA 94086*

FILE NUMBER: *A   98 445 039*
DATE:   *06/13/2005*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:            *1887 MONTEREY ROAD, ROOM 200*
                            *SAN JOSE, CA 95112*

DATE AND TIME:              *07/12/2005*
                           *08 : 30 AM*

OFFICER:
                           *DESK  7*

REASON FOR APPOINTMENT:     *APPLICATION FOR ADJUSTMENT OF STATUS*

**THIS INTERVIEW WILL BE VIDEO TAPED.**

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] PETITIONER AND ALL BENEFICIARY(S) MUST BE PRESENT.  BRING THIS LETTER, ALL PASSPORT(S) AND OFFICIAL ID AND MEDICAL EXAM RESULTS.

- [X] BRING ORIGINALS OF ALL DOCUMENTS SUBMITTED WITH YOUR APPLICATION. BRING ONE COPY OF THE FOLLOWING DOCUMENTS FOR EACH BENEFICIARY:

- [X] A CURRENT LETTER OF EMPLOYMENT FOR YOU, THE PETITIONER AND THE CO-SPONSOR (SALARY, START DATE, AND POSITION).

- [X] ORIGINAL AND ONE COPY OF YOURS AND ANY CO-SPONSOR'S INCOME TAX FORMS WITH W-2'S FOR THE LAST THREE YEARS.

- [X] BRING ALL ORIGINALS AND ONE COPY (FOR EACH FAMILY MEMBER APPLYING WITH YOU) OF THE ITEMS CHECKED BELOW:

- [X] REGISTERED MARRIAGE CERTIFICATE, INSURANCE POLICIES, RENTAL AGREEMENTS, DEEDS, BANK/CREDIT STATEMENTS, CHILDREN'S BIRTH RECORDS.

- [X] UTILITY BILLS, WEDDING PHOTOS, AND ANY OTHER EVIDENCE YOU FEEL WOULD HELP ESTABLISH THAT YOUR MARRIAGE IS BONAFIDE.

---

* FAILURE TO BRING THE ABOVE MAY RESULT IN DENIAL OF YOUR APPLICATION.
* PLEASE ARRIVE AT LEAST 30 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT. REPORT TO THE APPOINTMENT LINE AT THE MAIN ENTRANCE OF THE BUILDING.
* FAILURE TO ARRIVE AT YOUR SCHEDULED APPOINTMENT TIME WILL RESULT IN YOUR APPOINTMENT BEING RESCHEDULED OR CASE DENIED.(DO NOT ARRIVE LATE)
* AFTER ARRIVING IN ROOM 200 PLACE THIS LETTER IN THE BOX AT THE WINDOW AND WAIT UNTIL YOU ARE CALLED BY AN OFFICER.

ATTORNEY NOTIFIED: *ANN O. CHAU*

*U.S. CITIZENSHIP AND IMMIGRATION SERVICES*
*1887 MONTEREY ROAD*
*SAN JOSE, CALIFORNIA 95112*

*RADHIKA VOORUVAKILI*
*825 E. EVELYN AVENUE , APT. #511*
*SUNNYVALE, CA 94086*

FILE NUMBER: *A · 98 445 040*
DATE:  *06/13/2005*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:        *1887 MONTEREY ROAD, ROOM 200*
                        *SAN JOSE, CA 95112*

DATE AND TIME:          *07/12/2005*
                        *09 : 00 AM*

OFFICER:
                        *DESK 7*

REASON FOR APPOINTMENT:     *APPLICATION FOR ADJUSTMENT OF STATUS*

**THIS INTERVIEW WILL BE VIDEO TAPED.**

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] PETITIONER AND ALL BENEFICIARY(S) MUST BE PRESENT.  BRING THIS LETTER, ALL PASSPORT(S) AND OFFICIAL ID AND MEDICAL EXAM RESULTS.
- [X] BRING ORIGINALS OF ALL DOCUMENTS SUBMITTED WITH YOUR APPLICATION. BRING ONE COPY OF THE FOLLOWING DOCUMENTS FOR EACH BENEFICIARY:
- [X] A CURRENT LETTER OF EMPLOYMENT FOR YOU, THE PETITIONER AND THE CO-SPONSOR (SALARY, START DATE, AND POSITION).
- [X] ORIGINAL AND ONE COPY OF YOURS AND ANY CO-SPONSOR'S INCOME TAX FORMS WITH W-2'S FOR THE LAST THREE YEARS.
- [X] BRING ALL ORIGINALS AND ONE COPY (FOR EACH FAMILY MEMBER APPLYING WITH YOU) OF THE ITEMS CHECKED BELOW:
- [X] REGISTERED MARRIAGE CERTIFICATE, INSURANCE POLICIES, RENTAL AGREEMENTS, DEEDS, BANK/CREDIT STATEMENTS, CHILDREN'S BIRTH RECORDS.
- [X] UTILITY BILLS, WEDDING PHOTOS, AND ANY OTHER EVIDENCE YOU FEEL WOULD HELP ESTABLISH THAT YOUR MARRIAGE IS BONAFIDE.

```
* FAILURE TO BRING THE ABOVE MAY RESULT IN DENIAL OF YOUR APPLICATION.
* PLEASE ARRIVE AT LEAST 30 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT. REPORT
TO THE APPOINTMENT LINE AT THE MAIN ENTRANCE OF THE BUILDING.
* FAILURE TO ARRIVE AT YOUR SCHEDULED APPOINTMENT TIME WILL RESULT IN YOUR
APPOINTMENT BEING RESCHEDULED OR CASE DENIED.(DO NOT ARRIVE LATE)
* AFTER ARRIVING IN ROOM 200 PLACE THIS LETTER IN THE BOX AT THE WINDOW AND
WAIT UNTIL YOU ARE CALLED BY AN OFFICER.
```
ATTORNEY NOTIFIED:  *ANN O. CHAU*

EXHIBIT 4

-----Original Message-----
**From:** Radhika Rayadu [████████████████████]
**Sent:** Thursday, May 04, 2006 3:39 PM
**To:** Ann Chau
**Cc:** Rajneesh Chopra; Nadia Chow
**Subject:** RE: Green card process Rajneesh Chopra

Ann,
        Rajneesh did make an Info pass appt and the local San Jose office today had they no update for us regarding our FBI name check. Please let us know what the next step is..
Are there any encouraging signs that you have seen? Has anybody from ████████ recently cleared the name check with a case at San Jose office?
What does this mean? We have in a way put many decisions on hold for this and would like to know if there anything we can do to accelerate this process?
Also please let us know if you think there is any risk we should be aware of.

We'd appreciate you sharing any information with us.

Thanks,
Radhika

EXHIBIT 5

-----Original Message-----
From: Radhika Rayadu [mailto: ███████████████]
Sent: Monday, August 07, 2006 1:25 PM
To: ann@immigrationlawgroup.net
Cc: Nadia Chow; Rajneesh Chopra
Subject: InfoPass at San Jose


Hi Ann,
        This is to update you that Rajneesh and I went to the San Jose
USCIS today morning to inform them about change of address for both of
us. The lady asked us to fill a form each that will be put in our file
of our I-485 application.
We also mailed the Ar-11 forms to the KY address.
I called 1800 no. and informed them to update the system.
Rajneesh will be doing the same sometime this week.

We also asked for status on our I-485 application, and she checked and
informed us that they are both pending name check as of now.

Thanks,
Radhika.

EXHIBIT 6

## DECLARATION OF CUONG T. BUI

I, the undersigned, Cuong T. Bui, declare under penalty of perjury that the following statements are true and correct and to the best of my knowledge:

1. I am an immigration attorney. My business address is 3590 North First Street, Suite 310, San Jose, CA 95134.
2. On December 5, 2006, I appeared at USCIS San Jose Sub-Office to inquire about the status of Mr. Rajneesh Chopra's and Ms. Radhika Rayadu Vooruvakili's adjustment of status applications. I was informed by the information officer that Mr. Chopra's case was pending FBI name check. Although Ms. Vooruvakili's FBI name check has been completed, her case remains pending because her husband's case is still pending.
3. On April 17, 2007, I appeared at USCIS San Jose Sub-Office to inquire about status of Mr. Chopra's adjustment of status application. I was informed by the information officer that Mr. Chopra's case was still pending FBI name check.

Date: 07/13/2007

Cuong T. Bui

# EXHIBIT 7

Service Center Processing Dates for **California Service Center**    Posted June 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 06, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 11, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | March 29, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 31, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 15, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | December 14, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | December 13, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 15, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | December 14, 2006 |

| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | July 26, 2005 |
|---|---|---|---|
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 14, 2006 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | December 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | March 15, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | November 21, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | December 14, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | May 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | March 29, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | December 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | December 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | December 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: 07/13/2007

Respectfully Submitted,

Cuong T. Bui
Attorney for Plaintiffs