Cuong T. Bui (CSB#191138)
Immigration Law Group LLP
3590 North First Street, Suite 310
San Jose, CA 95134
Telephone: (408) 432-9200
Facsimile: (408) 432-9191
Email: curt@immigrationlawgroup.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **RAJNEESH CHOPRA, et al.,**           )<br>                                                            )<br>           Plaintiffs,                            )<br>      v.                                               )<br>                                                            )<br>**ALBERTO GONZALES**, et al.,        )<br>                                                            )<br>           Defendants.                         )<br>_____) | Case No. C 07-03649 RS<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, Plaintiffs hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 21, 2007                             Respectfully submitted,


                                                                            _____/s/_____
                                                                            Cuong T. Bui
                                                                            Attorney for Plaintiffs