**United States District Court**
For the Northern District of California

**\*E-FILED 9/28/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAJNEESH CHOPRA, et al.,

    Plaintiffs,

  v.

ALBERTO GONZALES, et al.,

    Defendants.

_____/

NO. C 07-03649 RS

**ORDER**

    In this action, plaintiffs seek to compel defendants to take action on their I-485 applications. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment as promptly as practicable.

    The Order Setting Initial Case Management Conference and ADR Deadlines entered on July 16, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: 9/28/07

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-03649 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Cuong The Bui    curt@immigrationlawgroup.net

Melanie Lea Proctor    Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

**Dated: 9/28/07**                                    **Chambers of Judge Richard Seeborg**

                                                      **By:       /s/ BAK**

ORDER
C 07-03649 RS

2