SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJNEESH CHOPRA and RADHIKA RAYADU VOORUVAKILI, <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL B. MUKASEY,* Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALES, Director of U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, San Francisco District Director; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-3649 RS <br><br> STIPULATION TO DISMISS; PROPOSED ORDER |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATED DISMSISAL
C07-3469 RS

1  Plaintiffs, by and through their attorney of record, and Defendants, by and through their
2 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-
3 entitled action without prejudice in light of the fact that the United States Citizenship and
4 Immigration Services has approved Plaintiffs' applications for adjustment of status.

5  The parties shall bear their own costs and fees.

6
7 Dated: November 26, 2007                    /s/
                                              MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
8                                             Attorney for Defendants

9
10 Dated: November 26, 2007                    /s/
                                              CUONG THE BUI
11                                            Attorney for Plaintiffs

12
13                              **ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED.

15
16
   Dated:                                    _____
17                                            RICHARD SEEBORG
                                              United States Magistrate Judge
18
...
27 ──────────────────
28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.