1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)     *E-FILED 11/26/07*
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJNEESH CHOPRA and RADHIKA RAYADU VOORUVAKILI, | No. C 07-3649 RS |
| Plaintiffs | |
| v. | |
| MICHAEL B. MUKASEY,* Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALES, Director of U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, San Francisco District Director; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |
| Defendants. | |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATED DISMSISAL
C07-3469 RS

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiffs' applications for adjustment of status.

The parties shall bear their own costs and fees.

Dated: November 26, 2007

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: November 26, 2007

/s/
CUONG THE BUI
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 26, 2007

RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

CONSENT TO MAGISTRATE
C07-3469 RS                                2